1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
bbrown@ajkunglaw.com
        *Attorneys for Defendant*

**KUNG & BROWN**
**214 South Maryland Parkway**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-0883 / Fax: (702) 382-2720**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

LEISA E. WHITTUM,

                Plaintiff,

        vs.

AT&T MOBILITY, LLC,

                Defendant.

Case No.: 2:20-cv-01291-GMN-BNW

**STIPULATION AND ORDER TO EXTEND RESPONSIVE FILING DEADLINE**

        Plaintiff, Leisa E. Whittum (hereinafter "Plaintiff") and Defendant, AT&T Mobility, LLC (hereinafter "Defendant"), hereinafter collectively referred to as the "Parties", by and through their counsel of record, hereby stipulate and request an order extending the deadline for the Defendant to file a response to the Complaint in this case.

        The Parties have therefore agreed on the following:

        1.      The deadline for Defendant to file a response to the Complaint will be Wednesday, September 7th, 2020.

        This extension is not sought for any improper purpose of delay or to prejudice the Parties, but to allow the Parties ample to review the documents and other facts in this case in preparation of providing a satisfactory response to this Court.

KRIEGER LAW GROUP, LLC

/s/ *Shawn Miller*
David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
2850 W Horizon Ridge Pkwy, STE 200
Henderson, NV 89052
Telephone: (702) 848-3855
    *Attorneys for Plaintiff*


Dated:  August 4, 2020.

KUNG & BROWN

/s/ *AJ Kung*
Annie J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
214 South Maryland Parkway
Las Vegas, Nevada  89101
Telephone: (702) 382-0883
Facsimile: (702) 382-2720
    *Attorneys for Defendant*


Dated:  August 4, 2020.

# O R D E R

**IT IS ORDERED** that the deadline for the Defendant to file a response to the Complaint in this matter is extended according to the following:

**1.** The deadline to file a response to the Complaint will be Monday, September 7th, 2020.


**UNITED STATES DISTRICT/MAGISTRATE JUDGE**

**CASE NO. 2:20-cv-01291-GMN-BNW**

**DATED:** August 6, 2020

KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720