A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
ajkung@ajkunglaw.com
bbrown@ajkunglaw.com
    *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| LEISA E. WHITTUM,<br><br>    Plaintiff,<br>vs.<br><br>AT&T MOBILITY, LLC,<br><br>    Defendant. | Case No.: 2:20-cv-01291-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSIVE FILING DEADLINE** |

    Plaintiff, Leisa E. Whittum (hereinafter "Plaintiff") and Defendant, AT&T Mobility, LLC (hereinafter "Defendant"), hereinafter collectively referred to as the "Parties", by and through their counsel of record, hereby stipulate and request an order extending the deadline for the Defendant to file a response to the Complaint in this case. This is the parties' second stipulation to extend the response deadline in this matter.

    The Parties have therefore agreed on the following:

    1.    The deadline for Defendant to file a response to the Complaint shall be extended to Tuesday, September 22nd, 2020.

/ / /

This extension is not sought for any improper purpose of delay or to prejudice the Parties, but to allow Defendant to retain new counsel due to a potential conflict with has arisen with current counsel.

| KRIEGER LAW GROUP, LLC | KUNG & BROWN |
|---|---|
| /s/ *David Krieger* | /s/ *AJ Kung* |
| David Krieger, Esq. | Annie J. Kung, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 7052 |
| Shawn Miller, Esq. | Brandy Brown, Esq. |
| Nevada Bar No. 7825 | Nevada Bar No. 9987 |
| 2850 W Horizon Ridge Pkwy, STE 200 | 214 South Maryland Parkway |
| Henderson, NV 89052 | Las Vegas, Nevada 89101 |
| Telephone: (702) 848-3855 | Telephone: (702) 382-0883 |
| *Attorneys for Plaintiff* | Facsimile: (702) 382-2720 |
| | *Attorneys for Defendant* |
| Dated:  September 8, 2020. | Dated:  September 8, 2020. |

**O R D E R**

**IT IS ORDERED** that the deadline for the Defendant to file a response to the Complaint in this matter is extended according to the following:

1.  Defendant shall file its responsive pleading to Plaintiff's Complaint on or before Tuesday, September 22nd, 2020.

_____
**UNITED STATES DISTRICT/MAGISTRATE JUDGE**

**CASE NO. 2:20-cv-01291-GMN-BNW**

**DATED:** September 10, 2020