**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmcgrath@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 724-2648
Fax: (702) 938-1048
*Attorneys for Defendant AT&T Mobility LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA E. WHITTUM,<br><br>  Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>  Defendant. | Case No. 2:20-cv-01291-GMN-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT AT&T MOBILITY LLC** |

Defendant AT&T MOBILITY LLC hereby authorizes and consents to the substitution of THOMAS E. MCGRATH of the law firm TYSON & MENDES LLP, in the place and stead of A.J. KUNG and BRANDY BROWN, of the law firm KUNG & BROWN, as its attorneys in the instant action.

**AT&T MOBILITY LLC**

By: *Niki Okcu*

Its: AVP-Senior Legal Counsel

Date: 9/19/2020

\* \* \*

1

A.J. KUNG and BRANDY BROWN, of the law firm KUNG & BROWN, hereby authorize and consent to the substitution of THOMAS E. MCGRATH, of the law firm TYSON & MENDES LLP, in their place and stead as attorneys of record for Defendant AT&T MOBILITY LLC in the instant action.

DATED this  21st  day of September 2020.

**KUNG & BROWN**

/s/ A.J. Kung
------------------------------
A.J. KUNG
Nevada Bar No. 7052
BRANDY BROWN
Nevada Bar No. 9987
214 South Maryland Parkway
Las Vegas, Nevada  89101
Tel:  (702) 382-0883

* * *

THOMAS E. MCGRATH, of the law firm TYSON & MENDES LLP, hereby authorizes and consents to his substitution in the place and stead of A.J. KUNG and BRANDY BROWN, of the law firm KUNG & BROWN, as attorneys of record for Defendant AT&T MOBILITY LLC in the instant action.

DATED this  21st  day of September 2020.

**TYSON & MENDES LLP**

/s/ Thomas E. McGrath
------------------------------
THOMAS E. MCGRATH
Nevada Bar No. 7086
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel:  (702) 724-2648
*Attorneys for Defendant AT&T Mobility LLC*

IT IS SO ORDERED.

DATED this  22nd  day of September 2020.

_____
UNITED STATES DISTRICT JUDGE

2