THOMAS E. MCGRATH
Nevada Bar No. 7086
tmcgrath@tysonmendes.com
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:   (702) 724-2648
Facsimile:   (702) 938-1048

ANAND R. SAMBHWANI (admitted *pro hac vice*)
California State Bar No. 17295
asambhwani@kelleranderle.com
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, California 92612
Telephone:   (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for Defendant,
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA E. WHITUTM,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC,<br><br>    Defendants. | Case No.   2:20-cv-01291-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND HER COMPLAINT AND RELATED RELIEF** |

LEISA E. WHITTUM ("Plaintiff") and AT&T MOBILITY LLC ("AT&T"), collectively the "Parties," by and through their counsel of record, stipulate and jointly request for an order that grants Plaintiff leave to file an amended complaint, that vacates the Court's Amended Scheduling Order, dated April 20, 2021 (ECF No. 29), the sets forth a timetable for AT&T to file a responsive pleading or a motion under Rule 12 of the Federal Rules of Civil Procedure (the "Rules"), and that requires the Parties to submit a stipulated second amended discovery plan and proposed scheduling order as contemplated by Local Rule 26-1 after AT&T files a responsive pleading.

WHEREAS, Plaintiff filed her Complaint on July 1, 2020 against AT&T alleging violations of the Telephone Consumer Protection Act (TCPA) and state law causes of action. *See* ECF No. 1 (Counts I and II).

WHEREAS, the Court stayed this matter on December 17, 2020, pending the United States Supreme Court's decision in *Facebook v. Duguid*;

WHEREAS, the Supreme Court issued a decision in *Facebook v. Duguid* on April 1, 2021;

WHEREAS, the parties submitted a Joint Status Report (ECF No. 27) and First Amended Discovery Plan and Proposed Scheduling Order (ECF No. 27-1) that was premised on Plaintiff pursing the Complaint and the TCPA claims stated therein;

WHERAS, the Court entered the First Amended Discovery Plan and Scheduling Order on April 20, 2021 (ECF No. 29);

WHEREAS, Plaintiff informed AT&T on May 4, 2021, that she intends to amend the Complaint which will not include the TCPA causes of action;

WHEREAS, AT&T has reviewed but not evaluated the substance of Plaintiff's proposed amended complaint which was provided to AT&T on May 27, 2021;

WHEREAS, AT&T does not oppose the filing of Plaintiff's proposed amended complaint per Rule 15(a)(2);

WHEREAS, AT&T will need time to evaluate the substance of Plaintiff's proposed amended complaint and its legal and factual defenses in light of the proposed amendments and to prepare AT&T's responsive pleading or motion under Rule 12;

WHEREAS, the parties agree that a second amended scheduling order will be necessary after AT&T files a responsive pleading to the amended complaint;

WHEREAS, Plaintiff's proposed amended complaint is in the furtherance of judicial economy and will avoid unnecessary expense for the Parties, and neither Party will suffer any prejudice as a result of the amended complaint;

NOW THEREFORE, the Parties hereby stipulate and jointly request this Court issue an Order as follows: 1) Plaintiff is granted leave to file an amended complaint no later than June 4, 2021; 2) AT&T's

2
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND HER COMPLAINT
AND RELATED RELIEF

responsive pleading under Rule 12(a) or motion under Rule 12(b) will be due on or before June 29, 2021; and 3) the parties shall provide a stipulated second amended discovery plan and proposed scheduling order as contemplated by LR 26-1 within 14 days after AT&T files a responsive pleading under Rule 12(a).

DATED: June 1, 2021

| /s/ Shawn W. Miller | /s/ Anand Sambhwani |
|---|---|
| David H. Krieger, Esq.<br>Shawn W. Miller, Esq.<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br><br>Attorneys for Plaintiff<br>***Leisa E. Whittum*** | Thomas E. McGrath, Esq.<br>TYSON & MENDES, LLP<br>3960 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>Anand Sambhwani, Esq. (admitted *pro hac vice*)<br>KELLER/ANDERLE LLP<br>18300 Von Karman Ave, Suite 930<br>Irvine, California 92612<br><br>Attorneys for Defendant<br>***AT&T Mobility, LLC*** |

## **ORDER**

Good cause having been shown, and on stipulation of the Parties, the Court hereby orders the following:

1. The First Amended Discovery Plan and Scheduling Order (ECF No. 29) is vacated;
2. Plaintiff is granted leave to file an amended complaint no later than June 4, 2021;
3. AT&T's responsive pleading or motion under Rule 12 will be due no later than June 25, 2021; and
4. The Parties will submit a stipulated second amended discovery plan and proposed scheduling order as contemplated by LR 26-1 within 14 days of AT&T filing its responsive pleading under Rule 12(a).

**IT IS SO ORDERED**

**DATED:** 10:05 am, June 04, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**