David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
Attorney for Plaintiff
*Leisa E. Whittum*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEISA E. WHITTUM,

        Plaintiff,

v.

AT&T MOBILITY, LLC,

        Defendant.

Case No.: 2:20-CV-01291-GMN-BNW

**STIPULATION AND ORDER FOR EXTENTION OF TIME FOR PLAINTIFF TO RESPOND TO AT&T MOBILITY LLC'S MOTION TO DISMISS**

**(First Request)**

    Plaintiff, Leisa E. Whittum, and Defendant, AT&T Mobility, LLC, by and through their undersigned counsel, collectively the "Parties," hereby agree and stipulate that Plaintiff is hereby granted a 2-week extension of time until July 23, 2021 to respond to Defendant *AT&T Mobility LLC's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim* ("Motion to Dismiss"), filed on June 25, 2021 [ECF 33].

-1-

Plaintiff's current deadline to respond to the Motion to Dismiss is July 9, 2021. The reason for the extension is because Plaintiff needs additional time to examine and evaluate the arguments and legal analysis set forth in the Motion to Dismiss and respond to the arguments asserted therein. This is Plaintiff's first request for an extension and Defendant has agreed to the extension of time and will not be prejudiced by the extension.

Stipulated and Agreed: July 8, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Anand Sambhwani |
| David H. Krieger, Esq. | Thomas E. McGrath, Esq. |
| Shawn W. Miller, Esq. | TYSON & MENDES, LLP |
| KRIEGER LAW GROUP, LLC | 3960 Howard Hughes Parkway, Suite 600 |
| 2850 W. Horizon Ridge Pkwy., Suite 200 | Las Vegas, Nevada 89169 |
| Henderson, Nevada 89052 | |
| **Attorneys for Plaintiff** | Anand Sambhwani, Esq. |
| | (admitted *pro hac vice*) |
| | KELLER/ANDERLE LLP |
| | 18300 Von Karman Ave., Suite 930 |
| | Irvine, California 92612 |
| | **Attorneys for AT&T Mobility LLC** |

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

Dated this 9 day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court