David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*LEISA E. WHITTUM*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA E. WHITTUM,<br><br>Plaintiff(s),<br><br>vs.<br><br>AT&T MOBILITY LLC,<br><br>Defendant(s). | Case No.: 2:20-cv-01291-GMN-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION, WITH PREJUDICE, AS TO AT&T MOBILITY LLC** |

　　IT IS HEREBY STIPULATED by and between LEISA E. WHITTUM ("Plaintiff") and Defendant AT&T Mobility LLC ("AT&T"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2). Accordingly, the Parties request that the Court dismiss AT&T Mobility LLC from this action, with prejudice, and close the above referenced case.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on December 30, 2021.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Anand Sambhwani |
| David H. Krieger, Esq. | Anand Sambhwani, Esq. |
| Shawn W. Miller, Esq. | KELLER ANDERLE LLP |
| KRIEGER LAW GROUP, LLC | 18300 Von Karman Avenue, Suite 930 |
| 2850 W. Horizon Ridge Parkway | Irvine, CA 92612 |
| Suite 200 | |
| Henderson, Nevada 89052 | Thomas E. McGrath, Esq. |
| | TYSON & MENDES, LLP |
| Attorneys for Plaintiff | 3960 Howard Hughes Parkway |
| **LEISA E. WHITTUM** | Suite 600 |
| | Las Vegas, Nevada 89169 |
| | |
| | Attorneys for Defendant |
| | **AT&T Mobility LLC** |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __5__ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT